| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Tina Marie Weir** | Social Security number or ITIN   xxx–xx–1213 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Virginia** | Date case filed for chapter  13  **January 28, 2016** |
| Case number: | **16–30332–KLP** | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

**12/15**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read all pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tina Marie Weir | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 9093 Cloisters East<br>Henrico, VA 23229 | |
| 4. | **Debtor's attorney**<br>Name and address | Richard James Oulton<br>America Law Group, Inc.<br>8501 Mayland Dr.<br>Suite 106<br>Henrico, VA 23294 | Contact phone 804–308–0051<br>Email: 2debtlawgroup@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Carl M. Bates<br>P. O. Box 1819<br>Richmond, VA 23218 | Contact phone  (804) 237–6800<br>Email:  station01@richchap13.com |

| 6. **Bankruptcy clerk's office** | 701 East Broad Street<br>Richmond, VA 23219 | **For the Court:** |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Hours open Monday – Friday, 9:00 AM – 4:00 PM ET, except on holidays.<br><br>Contact phone 804–916–2400 | Clerk of the Bankruptcy Court:<br>William C. Redden<br><br>Date: January 29, 2016 |
| **McVCIS 24–hour case information:**<br>Toll Free 1–866–222–8029 | | |
| 7. **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 17, 2016** at **09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Office of the U.S. Trustee, 701 East Broad Street – Suite 4300, Richmond, VA 23219–1885** |
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2)or (4). | **Filing deadline: May 16, 2016** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: June 15, 2016** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: July 26, 2016** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to file an Objection to a Proof of Claim** is 90 days after the deadline set forth above to file a Proof of Claim. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| 9. | **Filing of Chapter 13 Plan and Related Motions and Hearing on Confirmation** | Local Rule 3015–2 requires attorney for debtor(s) or pro se debtor(s) to serve the Chapter 13 Plan and Related Motions on creditors and interested parties. Objections must be filed not later than 7 days prior to the date set for the confirmation hearing. **If no objections are timely filed, there will be no confirmation hearing.** Timely filed objections will be heard at the confirmation hearing scheduled to be held:<br><br>**April 13, 2016** at **09:10 AM**,<br><br>Location: **Judge Phillips' – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219** |
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. |
| 14. | **Local Rule Dismissal Warning** | Case may be dismissed for failure to timely file lists, schedules and statements, or to attend meeting of creditors. (Local Bankruptcy Rules 1007–1, 1007–3, and 2003–1.) Trustee may at the meeting give notice of intention to abandon property burdensome or of inconsequential value or intent to sell nonexempt property that has an aggregate gross value less than $2,500. Objections thereto must be filed pursuant to Local Bankruptcy Rules 6004–2 and 6007–1. |
| 15. | **Payment of Fees for Richmond Case and Adversary Filing and Miscellaneous Requests** | Exact Change Only accepted as of February 4, 2008, for payment of fees and services. Payment may be made by non–debtor's check, money order, cashier's check or a 'not to exceed check' made payable to Clerk, U.S. Bankruptcy Court, or any authorized non–debtor's credit card. |

*Electronic bankruptcy notices are delivered faster than the U.S. Mail if you have a PC with Internet connection or a Fax machine. For more information, go to http://ebn.uscourts.gov or call, toll free: 877–837–3424. Case/docket information available on Internet @ www.vaeb.uscourts.gov)*

**ATTENTION DEBTORS:** Receive your court notices and orders by email through the DeBN. Same–day delivery. Convenient Access. Free. For more information and to download the request form, go to www.vaeb.uscourts.gov) and select the Debtor Electronic Bankruptcy Noticing link from the ATTENTION DEBTORS DeBN banner.

United States Bankruptcy Court
Eastern District of Virginia

In re:  Case No. 16-30332-KLP
Tina Marie Weir  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-7        User: mullert              Page 1 of 2              Date Rcvd: Jan 29, 2016
                Form ID: 309I             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2016.
```
db             +Tina Marie Weir,    9093 Cloisters East,    Henrico, VA 23229-4524
13220581       +Bon Secours,    PO Box 28538,    Henrico, VA 23228-8538
13220582       +Check Into Cash,    4738 Finlay Street,    Henrico, VA 23231-2754
13220584       +Comcast,    5401 Staples Mill Road,    Henrico, VA 23228-5443
13220586       +Commonwealth OB/GYN Spec,    7605 Forest Ave, Ste 313,    Henrico, VA 23229-4939
13220590      ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                (address filed with court: Focus Recovery Solutions,     Attn: Bankruptcy,
                9701 Metropolitan Court  Ste B,    Richmond, VA 23236-0000)
13220587       +Fed Loan Servicing,    PO Box 69184,    Harrisburg, PA 17106-9184
13220593       +GS Richmond Limited Partnershi,    60 Columbus Circle,    New York, NY 10023-5802
13220592       +Graystone Place Apartments,    2394 Afton Ave.,    Richmond, VA 23224-7902
13220594       +Hanover County,    Treasurer’s Office,    PO Box 200,    Hanover, VA 23069-0200
13220598        LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
13220597        LabCorp,    PO Box 2240,    Burlington, NC 27216-2240
13220600       +NPAS Inc,    PO Box 99587,    Louisville, KY 40269-0587
13220599       +Natiowide Recovery Service,    545 West Inman St,    Cleveland, TN 37311-1768
13221067       +Office of the U. S. Attorney,    Suntrust Building,    919 East Main Street, Suite 1900,
                Richmond, VA 23219-4625
13220602       +PRW Laboratories,    5700 Southwyck Blvd,    Toledo, OH 43614-1509
13220601       +Perkin Elmer Labs,    NTD Labs,    80 Ruland Rd, Ste 1,    Melville, NY 11747-4211
13220604        Sheridan Childrens Healthcare,    Virginia,    4045 Riverside Pkwy,    Leesburg, VA 20176-0000
13220605       +Spinella, Owings & Shaia,    8550 Mayland Dr, Ste 1,    Henrico, VA 23294-4704
13220607       +St. Mary’s Hospital,    PO Box 28538,    Henrico, VA 23228-8538
13220608       +Stellar Recovery Inc,    1327 Hwy 2 W,    Suite 100,    Kalispell, MT 59901-3413
13220611       +Virginia Physicians for Women,    P.O. Box 6829,    Richmond, VA 23230-0829
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: 2debtlawgroup@gmail.com Jan 30 2016 02:17:08      Richard James Oulton,
                America Law Group, Inc.,    8501 Mayland Dr.,    Suite 106,    Henrico, VA  23294
tr             +E-mail/Text: station01@richchap13.com Jan 30 2016 02:17:37      Carl M. Bates,   P. O. Box 1819,
                Richmond, VA 23218-1819
13220579       +EDI: RMCB.COM Jan 30 2016 02:08:00      AMCA,    4 Westchester Plaza,    Suite 110,
                Elmsford, NY 10523-1615
13220583       +E-mail/Text: kking@checkintocash.com Jan 30 2016 02:18:10      Check Into Cash,
                201 Keith St SW  Ste 80,    Cleveland, TN 37311-5867
13220588        Fax: 614-760-4092 Jan 30 2016 02:45:06      First Virginia,    7001  Post Rd. Ste 200,
                Dublin, OH 43016-0000
13220589       +Fax: 614-760-4092 Jan 30 2016 02:45:06      First Virginia,    2591 Tidewater Dr.,
                Norfolk, VA 23509-2169
13220595        EDI: HCA2.COM Jan 30 2016 02:08:00      Henrico Doctor’s Hospital,    PO Box 13620,
                Richmond, VA 23225-8620
13220596       +EDI: HCA2.COM Jan 30 2016 02:08:00      Henrico Doctor’s Hospital-Fore,    PO Box 99400,
                Louisville, KY 40269-0400
13220603       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jan 30 2016 02:21:16      Regional Acceptance Co,
                5425 Robin Road,    Norfolk, VA 23513-2451
13220606        EDI: NEXTEL.COM Jan 30 2016 02:08:00      Sprint,    Attn: Bankruptcy Dept,    4900 W. 95th Street,
                Oak Lawn, IL 60453-0000
13220609       +EDI: STF1.COM Jan 30 2016 02:08:00      Suntrust Bank,    Attn:Bankruptcy Dept,
                1001 Semmes Ave Va-Wmrk-7952,    Richmond, VA 23224-2245
13220610       +E-mail/Text: bankruptcymortgage@suntrust.com Jan 30 2016 02:17:37      Suntrust Bank,
                PO Box 305053,    Nashville, TN 37230-5053
13220612       +EDI: WFFC.COM Jan 30 2016 02:08:00      Wells Fargo Bank,    Mac F82535-02f,    PO Box 10438,
                DesMoines, IA 50306-0438
13220613       +EDI: WFFC.COM Jan 30 2016 02:08:00      Wells Fargo Bank,    re: Checking/Saving,    PO Box 6995,
                Portland, OR 97228-6995
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13220580*      +AMCA,    4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-1615
13220591*     ++FOCUSED RECOVERY SOLUTIONS,    9701 METROPOLITAN COURT,    STE B,    RICHMOND VA 23236-3690
                (address filed with court: Focused Recovery Solutions,    9701 Metropolitan Court, Ste B,
                Richmond, VA 23236-3690)
13220585      ##+Commonwealth Dermatology,    7001 Forest Ave, Ste 300,    Richmond, VA 23230-1726
                                                                                               TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0422-7          User: mullert            Page 2 of 2            Date Rcvd: Jan 29, 2016
                              Form ID: 309I            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2016 at the address(es) listed below:
              Carl M. Bates    station01@richchap13.com,
               station10@richchap13.com;station03@richchap13.com;station07@richchap13.com;station06@richchap13.c
                om
              Richard James Oulton    on behalf of Debtor Tina Marie Weir 2debtlawgroup@gmail.com,
               thedebtlawgroupmail@gmail.com;DLGHearings@gmail.com;jkrumbein@krumbeinlaw.com
                                                                                             TOTAL: 2
```